# Court of Appeals
# of the State of Georgia

ATLANTA, November 06, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0092. SAMUEL BURTON FIELDER, JR. et al. v. MANDI JOHNSON.**

Samuel Burton Fielder, Jr., Julie Soon Fielder, and Thomas Lee Fielder seek discretionary review of the trial court's order denying their motion to set aside an adoption decree. In their motion to set aside, the Fielders challenged the constitutionality of OCGA §§ 19-7-3 and 19-8-15. In its order denying the motion, the trial court rejected that challenge.

The Supreme Court has exclusive appellate jurisdiction over all cases in which the constitutionality of a statute is called into question. See Ga. Const. Art. VI, Sec. VI, Par. II (1). "[I]n order to invoke that jurisdiction, the record must show that the trial court specifically passed on the constitutional issue." *Fulton County v. Galberaith*, 282 Ga. 314, 315 (1) (647 SE2d 24) (2007). Because the application materials show that the trial court specifically addressed the constitutional issue, this application is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/06/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*